Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

ADR

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

E-FILING

Attorneys for Plaintiff
J & J Sports Productions, Inc.

FILED

2008 JAN 17 A 11: 10

RICHARD W. WICKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

Plaintiff,

vs.

EMERALDA BUENO MACTAL,
INDIVIDUALLY and d/b/a LUMPIA &
B.B.Q.,

Defendant.

C08 00319 PVT

CERTIFICATION AS TO
INTERESTED PARTIES

The undersigned, counsel of record for Plaintiff, J & J Sports Productions, Inc., certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

**PARTIES**

*Plaintiff, J & J Sports Productions, Inc.*
c/o Law Offices of Thomas P. Riley, P.C.
Attention: Thomas P. Riley
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Telephone: (626) 799-9797
Facsimile:   (626) 799-9795

1    *Defendant*, Emeralda Bueno Mactal, individually and d/b/a Lumpia & B.B.Q.

2

    1154 Story Road
3    San Jose, CA 95122

4

5    Dated:      1/16/08

6                               **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                               By: Thomas P. Riley
7                                Attorney of Record for
                               J & J Sports Productions, Inc.
8

9

10    ///

11    ///

12    ///

13    ///

14    ///

15    ///

16    ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28