Luan T. Le (SBN 171029)
LAW OFFICES OF LUAN T. LE
2021 The Alameda Ste. 310
San Jose, CA 95126

Telephone: (408) 247 4715
Facsimile: (408) 983 1009

Attorney for Defendant
EMERALDA MACTAL

FILED

2008 FEB 22  P 4: 45

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS INC, <br><br> Plaintiff <br><br> vs. <br><br> EMERALDA BUENO MACTAL, et al. <br><br> Defendant. | No. C08 00319 PVT <br><br> ANSWER TO COMPLAINT FOR DAMAGES <br><br> BY FAX |

Defendant, EMERALDA BUENO MACTAL, individually and dba LUMPIA & B.B.Q., answers the Unverified Complaint of Plaintiff as follows:

1. This Answering Defendant generally denies each and every allegation set forth in Paragraphs 1 through 25 of the Unverified Complaint.

WHEREFORE, this Answering Defendant prays that Plaintiff take nothing by way of this Complaint; that this Answering Defendant have judgment against Plaintiff and that Defendant be awarded all costs and attorney's fees in this action; and that this Answering Defendant have such other

*Answer to Complaint for Damages*
*J & J Sports Production, Inc. v. Mactal/Case No. C08 00319 PVT*

1

2 relief as the Court may deem just and equitable.

4 Dated: February 21, 2008

LAW OFFICES OF LUAN T. LE

By: /s/ Luan Le
Luan T. Le, Attorney for Defendant
EMERALDA MACTAL

28 *Answer to Complaint for Damages*
*J & J Sports Production, Inc. v. Mactal/Case No. C08 00319 PVT*

2

**PROOF OF SERVICE BY MAIL**

**(Business Practice to Entrust Deposit to Others)**

**[CCP Sec. 1013(3)]**

FILED
2008 FEB 22 P 4: 45
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

I, declare that:

I am employed in the County of Santa Clara, State of California.

I am over the age of eighteen years, and not a party to the within entitled cause.

My business address is Law Offices of Luan T. Le, 2021 The Alameda Ste. 310 San Jose, CA 95126.

On February 21, 2008, I served the attached **ANSWER TO COMPLAINT FOR DAMAGES** in said cause, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Jose, California, addressed as follows:

THOMAS P. RILEY, Esq.
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 21st day of February 2008 at San Jose, California.

Maria T. Miranda, Senior Paralegal