1 | THOMAS P. RILEY, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
2 | First Library Square
1114 Fremont Avenue
3 | South Pasadena, CA 91030

4 | Tel: 626-799-9797
Fax: 626-799-9795
5
Attorneys for Plaintiff
6 | J & J Sports Productions, Inc.

7 | UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
8

9

10 | J & J Sports Productions, Inc.,                    Case No. 5:08-cv-00319-PVT

11 | Plaintiff,                                          JOINT CASE MANAGEMENT
CONFERENCE STATEMENT
12 | vs.

13 | Emeralda Bueno Mactal, et al.                      FOR:    Hon. Patricia V. Trumbull

14 | DATE: May 6, 2008

15 | Defendants.                                         TIME:  2:00 PM

16

17 | Pursuant to this Court's Civil Local Rule, the Parties submit this Case Management

18 | Statement for the consideration of this Honorable Court

19 | Wherefore, the Parties make the following representations and recommendations:

20

21 | 1.       Statement of Facts and Events Underlying This Action.

22 | The Plaintiff claims that the Defendant misappropriated a televised professional

23 | boxing program to which the Plaintiff owned the exclusive domestic commercial exhibition

24 | (closed-circuit) rights and thereafter exhibited the *Program* at the commercial establishment

25 | (Lumpia BBQ) which she operates. The subject program, broadcast on January 21, 2006, was

26 | the "The Battle:" *Erik Morales v. Manny Pacquiao II WBC International Super Featherweight*

27 | *Championship Fight Program* (hereinafter "*Program*").

28

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
CV 08-0319 PVT
PAGE 1

The Defendant named to this action denies exhibition of the *Program* or any liability for any alleged exhibition of the *Program*.

**2.      The Principal Factual Issues to Which the Parties Dispute.**

The named Defendant disputes the factual contentions concerning the exhibition of the *Program* as alleged by the Plaintiff.

**3.      The Principal Legal Issues to Which the Parties Dispute.**

The named Defendant denies liability under the causes of action and legal theories pled in Plaintiff's complaint.

The Plaintiff disputes the Defendant's legal contentions and each of the Defendant's affirmative defenses in her answer.

**4.      Other Factual Issues Which Remain Unresolved.**

In that this matter has only recently commenced the Parties are unaware at this time of which particular factual issues remain unresolved.

**5.      The Following Defendant Has Not Been Served:**

The defendant party has been duly served.

**6.      Consent to Jurisdiction By a Magistrate Judge**

At this time the Parties do not consent to a Court trial presided over by a magistrate judge.

**7.      Alternative Dispute Resolution**

The Parties propose a settlement conference before a Magistrate Judge.

///

///

///

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
CV 08-0319 PVT
PAGE 2

**8.    Disclosures**

The Parties have agreed to exchange initial disclosures by and through their counsel on or before June 1, 2008.

**9.    Discovery**

The Parties respectfully request that the discovery in this action not be limited nor conducted in phases.  The Parties propose a discovery cut off date of May 1, 2009.

**10.    Proposed Pre-trial and Trial Schedule**

Should a trial in this matter become necessary, the Parties respectfully submit the following schedule for this Honorable Court's consideration:

| | |
|---|---|
| Anticipated Length of Trial: | 3 Days |
| Type of Trial: | Bench Trial |

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

## Signature and Certification By Lead Trial Counsel

Pursuant to Civil L.R. 16-12, the undersigned certifies that he or she has read the brochure entitled "Dispute Resolution Procedures in the Northern District of California," discussed the available dispute resolution options provided by the Court and private entities and has considered whether their case might benefit from any of the available dispute resolutions options.

Date: April 24, 2008

/s/ Thomas P. Riley
LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

Date:

LAW OFFICES OF LUAN T. LE
By: Luan Thien Le
Attorneys for Defendent
Emeralda Bueno Mactal

///
///
///
///
///

1

**Case Management Order (Proposed)**

2

3      The Case Management Statement and Proposed Order is hereby adopted by the Court as the

4   Case Management Order for the case and the Parties are ordered to comply with this Order.

5      In addition the Court orders:

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   Dated: _____

27                    **The Honorable Patricia V. Trumbull**
                      **United States District Court Judge**
28                    **Northern District of California**

## PROOF OF SERVICE (SERVICE BY FAX & E-MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On April 24, 2008 I served:

## JOINT CASE MANAGEMENT CONFERENCE STATEMENT

On all parties in said cause by faxing same to the Defendant's counsel at the following fax no. **(408)983-1009:**

Luan Thien Le                                      Attorney for Defendant
Law Offices of Luan T. Le                          Emeralda Bueno Mactal
2021 The Alameda, Suite 310
San Jose, CA 95126

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on April 24, 2008, at South Pasadena, California.

Dated: April 24, 2008                              */s/ Terry Houston*
                                                    **TERRY HOUSTON**

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
CV 08-0319 PVT
PAGE 6