**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113

_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

## April 29, 2008

**CASE NUMBER: CV 08-00319 PVT**
**CASE TITLE: J&J SPORTS PRODUCTIONS,INC.-v-EMERALDA BUENO MACTAL, ET AL.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division. Case reassigned to the **Honorable Jeremy Fogel** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JF** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 04/29/08

FOR THE EXECUTIVE COMMITTEE:

_____
Richard W. Wieking
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies
Log Book Noted

Special Projects
Entered in Computer 04/29/08 tsh

CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel

Transferor CSA

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS,INC., | Case Number: CV08-00319 JF |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| EMERALDA BUENO MACTAL, ET AL. et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Luan Thien Le
Law Offices of Luan T. Le
2021 The Alameda
Suite 310
San Jose, CA 95126

Dated: April 29, 2008

Richard W. Wieking, Clerk
By: Tiffany Salinas-Harwell, Deputy Clerk