# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>        Plaintiff(s),<br><br>   v.<br><br>Mactal,<br><br>        Defendant(s). | 08-00319 JF<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

    The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

    Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
08-00319 JF                                                    -1-

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: May 16, 2008

                    RICHARD W. WIEKING
                    Clerk
                    by:  Timothy J. Smagacz

                    */s/ Timothy Smagacz*
                    ADR Administrative Assistant
                    415-522-4205
                    Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
08-00319 JF                                    -2-

PROOF OF SERVICE

Case Name:         J & J Sports Productions, Inc. v. Mactal

Case Number:     08-00319 JF

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On May 16, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Thomas P. Riley
> Law Offices of Thomas P. Riley, P.C.
> First Library Square
> 1114 Fremont Avenue
> South Pasadena, CA 91030-3227
>
> Thomas Peter Riley
> Law Offices of Thomas P. Riley. P.C.
> 1114 Fremont Avenue
> South Pasadena, CA 91030
> tprlaw@att.net
>
> Luan Thien Le
> Law Offices of Luan T. Le
> 2021 The Alameda
> Suite 310
> San Jose, CA 95126

[ ] by Facsimile, I caused said documents to be transmitted to the following

parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 16, 2008 in San Francisco, California.

                                    RICHARD W. WIEKING
                                  Clerk
                                  by:    Timothy J. Smagacz

                                  _____
                                  ADR Administrative Assistant
                                  415-522-4205
                                  Tim_Smagacz@cand.uscourts.gov