Thomas P. Riley, SBN# 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
1114 Fremont Avenue
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Emeralda Bueno Mactal, et al.,<br><br>Defendants, | Case No. 5:08-cv-00319 PVT<br><br>PLAINTIFF'S NOTICE OF BANKRUPTCY and *EX PARTE* APPLICATION TO VACATE CASE MANAGEMENT CONFERENCE; and ORDER (Proposed) |

TO THE HONORABLE PATRICIA V. TRUMBULL, THE DEFENDANT AND HER ATTORNEYS OF RECORD:

Please take notice that Plaintiff J & J Sports Productions, Inc. is informed and believes that on or about April 18, 2008, Defendant Emeralda Bueno Mactal filed a Voluntary Petition seeking protection from creditors in bankruptcy. Said petition was filed in the U.S. Bankruptcy Court, Northern District of California, San Jose Division, Case No. 08-51953 RLE.

A true and correct copy of the Notice of Chapter 13 Bankruptcy Case, Meetings of Creditors, & Deadlines is attached hereto and made part hereof Plaintiff's Exhibit 1.

**WHEREFORE**, Plaintiff J & J Sports Productions, Inc. respectfully requests that this Honorable Court issue an Order staying the instant action as to Defendant Emeralda Bueno Mactal, individually and d/b/a Lumpia & BBQ, pending disposition of Plaintiff's claims against this particular defendant in the above-referenced bankruptcy proceedings.

In view of the bankruptcy status of the sole defendant party, Plaintiff further requests that this Honorable Court also vacate the Case Management Conference presently set for Friday, May 30, 2008 at 10:30 AM.

Respectfully submitted,

Dated: May 29, 2008

/s/ *Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///
///
///
///
///
///
///

**ORDER (Proposed)**

The above-entitled action is hereby stayed as to Defendant Emeralda Bueno Mactal, individually and d/b/a Lumpia & BBQ pending disposition of Plaintiff's claims against Defendant Emeralda Bueno Mactal in the bankruptcy proceeding. (Case No. 08-51953 RLE).

The Case Management Conference set for Friday May 30, 2008, 10:30 AM as to Defendant Emeralda Bueno Matcal is hereby vacated.

**IT IS SO ORDERED:**

Date: _____

_____
**Honorable Patricia V. Trumbull**
**United States District Court**
**Northern District of California**

///
///
///
///
///

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On May 29, 2008, I served:

**PLAINTIFF'S NOTICE OF BANKRUPTCY and *EX PARTE* APPLICATION TO VACATE CASE MANAGEMENT CONFERENCE; and ORDER (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Luan Thien Le, Esquire                    Attorney for Defendant
Law Offices of Luan T. Le                     Emeralda Bueno Mactal
2021 The Alameda, Suite 310
San Jose, CA 95126

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed May 29, 2008, at South Pasadena, California.

Dated: May 29, 2008                    /s/ *Terry Houston*
                                       TERRY HOUSTON

FORM B9I (Chapter 13 Case) (12/07)                                                                                        Case Number 08-51953 RLE 13

# UNITED STATES BANKRUPTCY COURT
## Northern District of California (San Jose)

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on 4/18/08.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Emeralda Bueno Mactal
fdba Lumpia & BBQ
293 Rayos Del Sol Dr.
San Jose, CA 95116

| Case Number: | Social Security/Taxpayer ID/Employer ID/Other Nos.: |
|---|---|
| 08-51953 | 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 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| W. Kirk Moore | Devin Derham-Burk |
| Law Offices of W. Kirk Moore | P.O. Box 50013 |
| 586 N. First St. #202 | San Jose, CA 95150-0013 |
| San Jose, CA 95112 | Telephone number: (408) 354-8151 |
| Telephone number: (408)998-1846 | |

### Meeting of Creditors
Date: May 28, 2008                                          Time: 12:30 PM
Location: U.S. Federal Bldg., 280 S 1st St. #130, San Jose, CA 95113

**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government-issued photo identification and proof of social security number to the trustee at the meeting of creditors.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:
For all creditors (except a governmental unit): 8/26/08      For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1)): 10/15/08

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts: 7/28/08

The case is subject to dismissal, without further notice, upon failure of the debtor to commence making payments **called for in the plan**, not later than 30 days after the date of the filing of the plan or the order for relief, whichever is earlier. At the confirmation hearing the court may dismiss or convert the case or continue the hearing without prior notice upon a determination the debtor(s) is unable to present a feasible plan. Written objections to confirmation must be filed with the court at or before the Meeting of Creditors and served upon the trustee, Debtor(s), and Debtors' Attorney.

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Filing of Plan, Hearing on Confirmation of Plan
The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation will be held:

Date: 6/5/08                                                Time: 11:00 AM
Location: U.S. Courthouse and Federal Bldg., 280 S 1st Street, Courtroom 3099 3rd Fl., San Jose, CA 95113

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| Address of the Bankruptcy Clerk's Office: | For the Court: |
|---|---|
| 280 South First Street | Clerk of the Bankruptcy Court: |
| Room 3035 | Gloria L. Franklin |
| San Jose, CA 95113 | |
| Telephone number: 408-535-5118 | |
| Hours Open: Monday - Friday 9:00 AM - 4:30 PM | Date: 4/25/08 |

| UNITED STATES BANKRUPTCY COURT Northern District of California | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Emeralda Bueno Mactal | Case Number: 08-51953 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
J&J Sports Productions, Inc.

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
J&J Sports Productions, Inc.
Thomas P. Riley
1114 Fremont Ave.
South Pasadena, CA 91030-3227

Court Claim Number:_____
(If known)

Filed on:_____

Telephone number:

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:

1. **Amount of Claim as of Date Case Filed:** $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** _____
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $_____    Annual Interest Rate___%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____    Basis for perfection: _____

Amount of Secured Claim: $_____    Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

**Amount entitled to priority:**
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

| Date: | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

08-51953

In re: **Emeralda Bueno Mactal**   Case No.
Debtor(s).

**Chapter 13 Plan**

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee, and the Debtor(s) will pay to the Trustee the sum of __180.00__ each month. Initial attorneys fees are requested in the amount of $ __3,000.00__.
   ___ Debtor(s) elect a voluntary wage order.

2. From the payments received, the Trustee will make disbursements as follows:
   (a) On allowed claims for expenses of administration required by 11 U.S.C. § 507 (a)(2) in deferred payments.
   (b) On allowed secured claims, which shall be treated and valued as follows:

| Name | Value of Collateral | Estimated Mortgage/Lease Arrears | Adequate Protection Payments (If specified) | Interest Rate (If Specified) |
|---|---|---|---|---|
| Home Comings Financial | 695,000.00 | 2,100.00 | 58.33 | 0.00 |
| Home Comings Financial | 695,000.00 | 680.00 | 18.89 | 0.00 |

   [The valuations shown above will be binding unless a timely objection to confirmation is filed. Secured claims will be allowed for the value of the collateral or the amount of the claim, whichever is less, and will be paid the adequate protection payments and the interest rates shown above. If an interest rate is not specified, 7% per annum will be paid. The remainder of the amount owing, if any, will be allowed as a general unsecured claim paid under the provisions of ¶ 2(d).]

   (c) On allowed priority unsecured claims in the order prescribed by 11 U.S.C. § 507.
   (d) On allowed general unsecured claims as follows:
      __X__ at a rate of __0__ cents on the dollar. The estimated term of the plan is __36__ months. (Percentage Plan)
      ___ the sum of ___ payable over ___ months, distributed pro rata, in amounts determined after allowed administrative, secured and priority unsecured claims are paid. The plan payments will continue at the highest monthly payment provided in ¶ 1 as necessary to pay all allowed administrative, secured and priority unsecured claims within sixty months of confirmation. (Pot Plan)

3. The debtor(s) elect to reject the following executory contracts or leases and surrender to the named creditor(s) the personal or real property that serves as collateral for a claim. The debtor(s) waive the protections of the automatic stay and consent to allow the named creditor(s) to obtain possession and dispose of the following identified property or collateral without further order of the court. Any allowed unsecured claim for damages resulting from the rejection will be paid under paragraph 2(d).
   -NONE-

4. The Debtor(s) will pay directly the following fully secured creditors and lessors or creditors holding long-term debt:

| Name | Monthly Payment |
|---|---|
| Home Comings Financial | 2,100.00 |
| Home Comings Financial | 680.00 |

5. The date this case was filed will be the effective date of the plan as well as the date when interest ceases accruing on unsecured claims against the estate.

6. The Debtor(s) elect to have property of the estate:
   ___ revest in the debtor(s) at such time as a discharge is granted or the case is dismissed.
   __X__ revest in the debtor(s) upon plan confirmation. Once property revests, the Debtor(s) may sell or refinance real or personal property without further order of the court, upon approval of the Chapter 13 Trustee.

/s/ Emeralda Bueno Mactal                April 3, 2008
Debtor's Signature                       Date

I, the undersigned, am the attorney for the above named Debtor(s) and hereby certify that the foregoing chapter 13 plan is a verbatim replica of pre-approved chapter 13 plan promulgated pursuant to B.L.R. 1007-1 for use in the San Jose Division.

Dated: April 3, 2008                     /s/ W. Kirk Moore
                                         W. Kirk Moore 244764
                                         Attorney for Debtor(s)

Rev. 10/05 (This certification must be signed for any Model Chapter 13 Plan generated by WordPerfect, Word, or other word processing program.)

UNITED STATES BANKRUPTCY COURT
*for the*
NORTHERN DISTRICT OF CALIFORNIA
San Jose Division

## Order Establishing Procedures for Objection to Confirmation

1. **Hearing Date, Time and Place**: If an objection to confirmation is filed, a PREHEARING CONFERENCE will be held at the date and time announced at the initial confirmation hearing. Parties may confirm the date by checking the minute order on the court's docket, which indicates "Hearing Continued" in reference to the confirmation hearing. Individuals not represented by counsel may also contact the trustee to learn the continued date.

2. **Procedures for Early Resolution**: As soon as the objection is resolved, counsel for the debtor is to prepare and forward to the trustee a statement of resolution, which the trustee will set on the court's earliest available calendar.

3. **Procedures for Prehearing Conference**: Each party objecting to confirmation and counsel for the debtor are ordered to confer regarding resolution of the objection. Debtor's counsel, or the debtor if unrepresented, must contact the objecting party within ten days of receipt of the objection in a good faith effort to resolve the objection. At least 14 calendar days prior to the prehearing conference and each continued hearing, counsel for the debtor must file and serve a prehearing statement with the court indicating:

    a. The date the objection was filed, the date of the initial conference between counsel to resolve the objection and the dates of all subsequent contacts regarding resolution of the objection;

    b. A precise and separate statement of each factual and legal issue that must be determined to resolve the objection;

    c. Proposed discovery and/or briefing schedules and proposals for alternative dispute resolution;

    d. For continued hearings, developments since the last hearing and the current status.

4. **Sanctions**: Failure of a party to comply timely with this order may result in the exclusion of evidence, the imposition of monetary or non-monetary sanctions, possible dismissal of the case, or striking of the objection to confirmation.

IT IS SO ORDERED:

_____
MARILYN MORGAN
United States Bankruptcy Judge

_____
ARTHUR WEISSBRODT
United States Bankruptcy Judge

_____
ROGER L. EFREMSKY
United States Bankruptcy Judge