# UNITED STATES DISTRICT COURT
## JUDGE JEREMY FOGEL, PRESIDING
### COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, May 30, 2008
**Case Number:** CV-08-319-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:          J & J SPORTS PRODUCTIONS  V. EMERALDA BUENO MACTAL

              PLAINTIFF                              DEFENDANT

   Attorneys Present: Anthony Passaretti       Attorneys Present:

---

PROCEEDINGS:

Case management conference held. Counsel for plaintiff is present. Continued to 11/21/08 at 10:30 a.m. for further case management conference.