Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 5:08-cv-00319-JF |
|---|---|
| Plaintiff, | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE DUE TO THE BANKRUPTCY OF THE DEFENDNAT; AND ORDER (Proposed) |
| v. | |
| EMERALDA BUENO MACTAL, et al. | |
| Defendant. | |

TO THE HONORABLE JEREMY FOGEL, THE DEFENDANT/S AND HER ATTORNEY/S OF RECORD:

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the Case Management Conference presently set for Friday, January 7, 2011 at 10:30 AM.   As set forth below Plaintiff respectfully requests that the Court continue the Case Management Conference.

The request for the brief continuance is necessitated by the fact that Emeralda Bueno Mactal, filed a Voluntary Petition seeking protection from creditors in bankruptcy pursuant to the United States Bankruptcy Code, in Case No. BK 09-50298, of the U.S. Bankruptcy Court, Northern District of California, San Jose Division. On January 29, 2010 the Plaintiff filed an Updated Notice of Bankruptcy in order to inform the Court as to the bankruptcy's status.

As of this writing, defendant Emeralda Bueno Mactal has yet to be dismissed or discharged in the above-referenced bankruptcy action. Although an order confirming the Chapter 13 plan was

1  entered September 7, 2010 the bankruptcy has not finalized and the Defendant is still within the

2  jurisdiction of the U.S. Bankruptcy Court (Please see Plaintiff's Exhibit 1).

3

4  **WHEREFORE**, the Plaintiff respectfully requests that this Honorable Court continue the Case

5  Management Conference, presently scheduled for Friday, January 7, 2011 at 10:30 AM and requests

6  that this Honorable Court issue an Order staying the pending action subject to the disposition of the

7  Plaintiff's claims asserted against this particular defendant in the subject bankruptcy.

8

9

10                                          Respectfully submitted,

11

12

13

   Dated: January 5, 2011                 */s/ Thomas P. Riley*
14                                         **LAW OFFICES OF THOMAS P. RILEY, P.C.**
15                                         By: Thomas P. Riley
                                           Attorneys for Plaintiff
16                                         J & J Sports Productions, Inc.

17
   ///
18
   ///
19
   ///
20
   ///
21
   ///
22
   ///
23
   ///
24
   ///
25
   ///
26
   ///
27
   ///
28
   ///

1

## ORDER (Proposed)

2

3        It is hereby ordered that the Case Management Conference in civil action number 5:08-cv-00319-

4    JF styled *J & J Sports Productions, Inc. v. Emeralda Bueno Mactal, et al.*, is hereby continued from

5    10:30 AM, Friday, January 7, 2011 to _____ July 1, 2011 _____.

6

7

8

**IT IS SO ORDERED**:

9

10

11

12    _____          Dated:___ 1/6/11 _____

**THE HONORABLE JEREMY FOGEL**
13    **United States District Court**
**Northern District of California**
14

15    ///

16    ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    //

24    ///

25    ///

26    ///

27    ///

28    ///

# Exhibit 1

# U.S. Bankruptcy Court
## Northern District of California (San Jose)
## Bankruptcy Petition #: 09-50298

*Date filed:* 01/19/2009

*Assigned to:* Judge Stephen L. Johnson
Chapter 13
Voluntary
Asset

*Debtor*
**Emeralda Bueno Mactal**
293 Rayos Del Sol Dr.
San Jose, CA 95116
SSN / ITIN: xxx-xx-2936
*fdba*
**Lumpia & BBQ**

represented by **W. Kirk Moore**
Law Offices of W. Kirk Moore
586 N. First St. #202
San Jose, CA 95112
(408)998-1846
Email:
wkmoore@bayareabk.com

*Trustee*
**Devin Derham-Burk**
P.O. Box 50013
San Jose, CA 95150-0013
(408) 354-8151

*U.S. Trustee*
**Office of the U.S. Trustee / SJ**
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004
( )

| Filing Date | # | Docket Text |
|---|---|---|
| 01/19/2009 | 1 | Chapter 13 Voluntary Petition, Fee Amount $274. Filed by Emeralda Bueno Mactal. Order Meeting of Creditors due by 2/18/2009. Chapter 13 Plan due by 2/3/2009. (Moore, W.) (Entered: 01/19/2009) |
| 01/19/2009 | 2 | Chapter 13 Plan Filed by Debtor Emeralda Bueno Mactal (RE: related document(s) 1 Voluntary Petition (Chapter 13) filed by Debtor Emeralda Bueno Mactal). (Moore, W.) (Entered: 01/19/2009) |

| 01/19/2009 | 3 | Rights and Responsibilities of Chapter 13 Debtors and Their Attorneys Filed by Debtor Emeralda Bueno Mactal (Moore, W.) (Entered: 01/19/2009) |
| 01/19/2009 | 4 | Statement of Social Security Number. Filed by Debtor Emeralda Bueno Mactal (Moore, W.) (Entered: 01/19/2009) |
| 01/19/2009 | 5 | Chapter 13 Statement of Current Monthly and Disposable Income (Form 22C) Filed by Debtor Emeralda Bueno Mactal (Moore, W.) (Entered: 01/19/2009) |
| 01/19/2009 | 6 | Certificate of Credit Counseling Filed by Debtor Emeralda Bueno Mactal (Moore, W.) ENTRY: DEBTOR'S NAME ON PDF DOES NOT MATCH NAME ON DOCKET TEXT. Modified on 1/20/2009 (rdr, ). (Entered: 01/19/2009) |
| 01/19/2009 | | Receipt of filing fee for Voluntary Petition (Chapter 13)(09-50298) [misc,volp13] ( 274.00). Receipt number 6558628, amount $ 274.00 (U.S. Treasury) (Entered: 01/19/2009) |
| 01/20/2009 | 7 | Application for Compensation for W. Kirk Moore, Debtor's Attorney, Fee: $3600, Expenses: $. Filed by Attorney W. Kirk Moore (Moore, W.) (Entered: 01/20/2009) |
| 01/22/2009 | 8 | Meeting of Creditors with Certificate of Service. 341(a) meeting to be held on 2/23/2009 at 10:30 AM San Jose Room 130 Objection to Dischargeability due by 4/24/2009 Proofs of Claims due by 5/26/2009 Last day to object to confirmation is 2/23/2009 **Confirmation hearing to be held on 3/4/2009 at 09:50 AM San Jose Courtroom 3099 - Efremsky** (Derham-Burk, Devin (cf)) (Entered: 01/22/2009) |
| 01/24/2009 | 9 | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s) 8 Meeting of Creditors Chapter 13, ). Service Date 01/24/2009. (Admin.) (Entered: 01/24/2009) |
| 01/24/2009 | 10 | BNC Certificate of Mailing - Chapter 13 Plan. (RE: related document(s) 8 Meeting of Creditors Chapter 13, ). Service Date 01/24/2009. (Admin.) (Entered: 01/24/2009) |
| 01/28/2009 | 11 | Request for Notice Filed by Creditor GMAC Mortgage, LLC (Whitson, Melodie) (Entered: 01/28/2009) |
| | | Declaration in support of payment advices of *Debtor* Filed by Debtor Emeralda Bueno Mactal (Moore, W.)ERROR: PAYMENT ADVICES |

| | | |
|---|---|---|
| 02/05/2009 | 12 | ARE TO BE FILED WITH THE TRUSTEE AND NOT WITH THE COURT. Modified on 2/6/2009 (er, ). (Entered: 02/05/2009) |
| 02/05/2009 | 13 | Declaration in Support of Prior Filing of *Debtor* Filed by Debtor Emeralda Bueno Mactal (Moore, W.) (Entered: 02/05/2009) |
| 02/20/2009 | 14 | Objection to Confirmation of Chapter 13 Plan *with Certificate of Service*. (Derham-Burk, Devin (harbor)) (Entered: 02/20/2009) |
| 03/03/2009 | | 341 Meeting of Creditors Held Section 341 Meeting of Creditors held on 2/23/2009. Tape Number: 27. Notes: Atty K. Moore/Mactal present; Concluded; PHC. (Derham-Burk, Devin) (Entered: 03/03/2009) |
| 03/03/2009 | 15 | Certificate of Service *of Proof of Claim No. 4* (Whitson, Melodie) (Entered: 03/03/2009) |
| 03/04/2009 | | Confirmation Hearing Continued re: Chapter 13 Plan. (Confirmation Hearing to be Held on 4/16/2009 02:00 PM at San Jose Courtroom 3099 - Efremsky) (cp, ) (Entered: 03/04/2009) |
| 04/03/2009 | 16 | Pre-Hearing Statement (RE: related document(s) 14 Trustee's Objection to Confirmation of Plan (batch)). Filed by Debtor Emeralda Bueno Mactal (Attachments: # 1 Certificate of Service) (Moore, W.) (Entered: 04/03/2009) |
| 04/16/2009 | | Confirmation Hearing Continued re: Chapter 13 Plan. (Confirmation Hearing to be Held on 6/18/2009 02:00 PM at San Jose Courtroom 3099 - Efremsky) (cp) (Entered: 04/20/2009) |
| 06/02/2009 | 17 | Motion for Relief from Stay RS #MBL-3136, Fee Amount $150, Filed by Creditor Aurora Loan Services, LLC, its assignees and/or successors (Attachments: # 1 Declaration # 2 Exhibit # 3 RS Cover Sheet) (Learned, Matthew) (Entered: 06/02/2009) |
| 06/02/2009 | 18 | Notice of Hearing (RE: related document(s) 17 Motion for Relief from Stay RS #MBL-3136, Fee Amount $150, Filed by Creditor Aurora Loan Services, LLC, its assignees and/or successors). **Hearing scheduled for 6/24/2009 at 10:00 AM at San Jose Courtroom 3099 - Efremsky.** Filed by Creditor Aurora Loan Services, LLC, its assignees and/or successors (Attachments: # 1 Certificate of Service) (Learned, Matthew) (Entered: 06/02/2009) |
| | | Receipt of filing fee for Motion for Relief From Stay(09-50298) [motion,mrlfsty] ( 150.00). Receipt number 8606922, amount $ 150.00 |

| | | |
|---|---|---|
| 06/04/2009 | 19 | Amended Chapter 13 Plan Filed by Debtor Emeralda Bueno Mactal (RE: related document(s) 2 Chapter 13 Plan filed by Debtor Emeralda Bueno Mactal). (Moore, W.) ERROR: CASE NUMBER DOES NOT APPEAR ON PDF. Modified on 6/5/2009 (er). (Entered: 06/04/2009) |
| 06/04/2009 | 20 | Notice and Opportunity for Hearing (RE: related document(s) 19 Amended Chapter 13 Plan Filed by Debtor Emeralda Bueno Mactal). Filed by Debtor Emeralda Bueno Mactal (Moore, W.) (Entered: 06/04/2009) |
| 06/04/2009 | 21 | Certificate of Service (RE: related document(s) 19 Amended Chapter 13 Plan, 20 Opportunity for Hearing). Filed by Debtor Emeralda Bueno Mactal (Moore, W.) (Entered: 06/04/2009) |
| 06/04/2009 | 22 | Pre-Hearing Statement (RE: related document(s) 14 Trustee's Objection to Confirmation of Plan (batch)). Filed by Debtor Emeralda Bueno Mactal (Attachments: # 1 Certificate of Service) (Moore, W.) (Entered: 06/04/2009) |
| 06/08/2009 | 23 | Withdrawal of Documents *Re Trustee's Objection to Confirmation of Plan with Certificate of Service* (Derham-Burk, Devin (harbor)) (Entered: 06/08/2009) |
| 06/18/2009 | | Confirmation Hearing Continued re: Chapter 13 Plan. (Confirmation Hearing to be Held on 7/16/2009 02:00 PM at San Jose Courtroom 3099 - Efremsky) (cp) (Entered: 06/19/2009) |
| 06/24/2009 | | Courtroom Hearing Held (RE: Motion for Relief From Stay - related document(s) 17 ) (Granted, no oppos by debtor. 4001(a)(3) waived.)(cp) (Entered: 06/25/2009) |
| 06/30/2009 | 24 | Certificate of Service *of Proposed Order* (RE: related document(s) 17 Motion for Relief From Stay). Filed by Creditor Aurora Loan Services, LLC, its assignees and/or successors (Learned, Matthew) (Entered: 06/30/2009) |
| 06/30/2009 | 25 | Order on Statement of Resolution. (er) (Entered: 06/30/2009) |
| 06/30/2009 | | Hearing Continued (RE: related document(s) 8 Meeting of Creditors Chapter 13, 14 Trustee's Objection to Confirmation of Plan (batch)). **Confirmation Hearing to be held on 7/1/2009 at 9:50 AM San Jose Courtroom 3099 - Efremsky for 8 ,** (er) (Entered: 06/30/2009) |

| | | |
|---|---|---|
| 07/01/2009 | | Confirmation Hearing Held re: Chapter 13 Plan. CONFIRMED. (cp) (Entered: 07/01/2009) |
| 07/02/2009 | 26 | BNC Certificate of Mailing - Electronic Order (RE: related document(s) 25 Order on Statement of Resolution). Service Date 07/02/2009. (Admin.) (Entered: 07/02/2009) |
| 07/08/2009 | 27 | Order Confirming Chapter 13 Plan. (er) (Entered: 07/08/2009) |
| 07/08/2009 | 28 | Order Granting Application For Compensation (Related Doc # 7 ). fees awarded: $3600.00, expenses awarded: $0.00 for W. Kirk Moore (er) (Entered: 07/08/2009) |
| 07/10/2009 | 29 | BNC Certificate of Mailing - Electronic Order (RE: related document(s) 27 Order Confirming Chapter 13 Plan (batch)). Service Date 07/10/2009. (Admin.) (Entered: 07/10/2009) |
| 07/10/2009 | 30 | BNC Certificate of Mailing - Electronic Order (RE: related document(s) 28 Order on Application for Compensation). Service Date 07/10/2009. (Admin.) (Entered: 07/10/2009) |
| 07/30/2009 | 31 | Order Granting Motion for Relief From Stay (Related Doc # 17 ) (er) (Entered: 07/30/2009) |
| 08/01/2009 | 32 | BNC Certificate of Mailing - Electronic Order (RE: related document(s) 31 Order on Motion for Relief From Stay). Service Date 08/01/2009. (Admin.) (Entered: 08/01/2009) |
| 10/08/2009 | 33 | Motion to Modify Plan Filed by Debtor Emeralda Bueno Mactal (Moore, W.) (Entered: 10/08/2009) |
| 10/08/2009 | 34 | Notice and Opportunity for Hearing (RE: related document(s) 33 Motion to Modify Plan Filed by Debtor Emeralda Bueno Mactal). Filed by Debtor Emeralda Bueno Mactal (Moore, W.) (Entered: 10/08/2009) |
| 10/20/2009 | 35 | Objection *by Trustee to Debtor's Motion to Modify Chapter 13 Plan and Request for Hearing with Certificate of Service* (RE: related document(s) 33 Motion to Modify Plan). Filed by Trustee Devin Derham-Burk (Derham-Burk, Devin (jf)) (Entered: 10/20/2009) |
| 10/28/2009 | 36 | Amended Certificate of Service (RE: related document(s) 33 Motion to Modify Plan). Filed by Debtor Emeralda Bueno Mactal (Moore, W.) (Entered: 10/28/2009) |

| | | |
|---|---|---|
| 11/18/2009 | 37 | Request for Entry of Default Re: (RE: related document(s) 33 Motion to Modify Plan). Filed by Debtor Emeralda Bueno Mactal (Moore, W.) (Entered: 11/18/2009) |
| 12/01/2009 | 38 | Withdrawal of Documents (RE: related document(s) 37 Request For Entry of Default). Filed by Debtor Emeralda Bueno Mactal (Moore, W.) (Entered: 12/01/2009) |
| 12/01/2009 | 39 | Second Amended Certificate of Service (RE: related document(s) 33 Motion to Modify Plan, 34 Opportunity for Hearing). Filed by Debtor Emeralda Bueno Mactal (Moore, W.) (Entered: 12/01/2009) |
| 12/18/2009 | 40 | Withdrawal of Documents *with Certificate of Service* (Derham-Burk, Devin (harbor)) (Entered: 12/18/2009) |
| 12/23/2009 | 41 | Request for Entry of Default Re: (RE: related document(s) 33 Motion to Modify Plan). Filed by Debtor Emeralda Bueno Mactal (Moore, W.) (Entered: 12/23/2009) |
| 12/28/2009 | 42 | Order Confirming Modified Chapter 13 Plan. (rdr) (Entered: 12/28/2009) |
| 12/30/2009 | 43 | BNC Certificate of Mailing - Electronic Order (RE: related document(s) 42 Order Confirming Modified Chapter 13 Plan). Service Date 12/30/2009. (Admin.) (Entered: 12/30/2009) |
| 01/11/2010 | 44 | Request for Notice *with proof of service* Filed by Creditor Specialized Loan Servicing, LLC (Buckley, Lawrence) (Entered: 01/11/2010) |
| 02/22/2010 | 45 | Supplemental Application for Compensation for W. Kirk Moore, Debtor's Attorney, Fee: $400.00, Expenses: $. Filed by Attorney W. Kirk Moore (Moore, W.) (Entered: 02/22/2010) |
| 02/23/2010 | 46 | Order Granting Application For Compensation (Related Doc # 45 ). fees awarded: $400.00, expenses awarded: $ for W. Kirk Moore (bg) (Entered: 02/24/2010) |
| 02/25/2010 | 47 | Transfer of Claim. (#4). Transfer Agreement 3001 (e) 4 Transferor: GMAC Mortgage, LLC (Claim No. 4) To SPECIALIZED LOAN SERVICING,LLC. Filed by Requestor Specialized Loan Servicing, LLC. (Buckley, Lawrence) (Entered: 02/25/2010) |
| 02/28/2010 | 48 | BNC Certificate of Mailing (RE: related document(s) 47 Transfer of Claim). Service Date 02/28/2010. (Admin.) (Entered: 02/28/2010) |

| 08/11/2010 | 49 | Amended Schedule E . Fee Amount $26. Filed by Debtor Emeralda Bueno Mactal (Moore, W.) (Entered: 08/11/2010) |
|---|---|---|
| 08/11/2010 | | Receipt of filing fee for Amended Schedules (D, E, and F - Fee Required) (09-50298) [misc,amdsch] ( 26.00). Receipt number 11437200, amount $ 26.00 (U.S. Treasury) (Entered: 08/11/2010) |
| 08/11/2010 | 50 | Motion to Modify Plan Filed by Debtor Emeralda Bueno Mactal (Moore, W.) (Entered: 08/11/2010) |
| 08/11/2010 | 51 | Notice and Opportunity for Hearing (RE: related document(s) 50 Motion to Modify Plan Filed by Debtor Emeralda Bueno Mactal). Filed by Debtor Emeralda Bueno Mactal (Moore, W.) (Entered: 08/11/2010) |
| 08/11/2010 | 52 | Amended Notice and Opportunity for Hearing (RE: related document(s) 50 Motion to Modify Plan Filed by Debtor Emeralda Bueno Mactal). Filed by Debtor Emeralda Bueno Mactal (Moore, W.) (Entered: 08/11/2010) |
| 08/12/2010 | 53 | Certificate of Service (RE: related document(s) 49 Amended Schedules (D, E, and F - Fee Required)). Filed by Debtor Emeralda Bueno Mactal (Moore, W.) (Entered: 08/12/2010) |
| 09/02/2010 | 54 | Request for Entry of Default Re: (RE: related document(s) 50 Motion to Modify Plan). Filed by Debtor Emeralda Bueno Mactal (Moore, W.) (Entered: 09/02/2010) |
| 09/07/2010 | 55 | Order Confirming Modified Chapter 13 Plan. (acp) (Entered: 09/07/2010) |
| 09/09/2010 | 56 | BNC Certificate of Mailing - Electronic Order (RE: related document(s) 55 Order Confirming Modified Chapter 13 Plan). Service Date 09/09/2010. (Admin.) (Entered: 09/09/2010) |
| 10/13/2010 | 57 | Judge Stephen L. Johnson added to case. Involvement of Judge Roger L. Efremsky Terminated.(Admin.) (Entered: 10/13/2010) |
| 10/15/2010 | 58 | Supplemental Application for Compensation *Declaration; Certificate of Service* for W. Kirk Moore, Debtor's Attorney, Fee: $400.00, Expenses: $. Filed by Attorney W. Kirk Moore (Moore, W.) (Entered: 10/15/2010) |
| 10/15/2010 | 59 | BNC Certificate of Mailing - Reassignment of Case. (RE: related document(s) 57 Case Reassignment). Service Date 10/15/2010. (Admin.) (Entered: 10/16/2010) |

CANB Live Database

| | | |
|---|---|---|
| 10/18/2010 | <u>60</u> | Order Granting Application For Compensation (Related Doc # <u>58</u> ). fees awarded: $400.00, expenses awarded: $0.00 for W. Kirk Moore (acp) (Entered: 10/19/2010) |
| 10/21/2010 | <u>61</u> | BNC Certificate of Mailing (RE: related document(s) <u>60</u> Order on Application for Compensation). Service Date 10/21/2010. (Admin.) (Entered: 10/21/2010) |
| 12/03/2010 | <u>62</u> | Transfer of Claim. (#8). Transfer Agreement 3001 (e) 2 Transferor: LVNV Funding LLC its successors and assigns as (Claim No. 8) To Portfolio Recovery Associates, LLC.. Filed by Creditor PRA Receivables Management LLC. (Garcia, Dolores) (Entered: 12/03/2010) |
| 12/03/2010 | <u>63</u> | Transfer of Claim. (#7). Transfer Agreement 3001 (e) 2 Transferor: LVNV Funding LLC its successors and assigns as (Claim No. 7) To Portfolio Recovery Associates, LLC.. Filed by Creditor PRA Receivables Management LLC. (Garcia, Dolores) (Entered: 12/03/2010) |
| 12/03/2010 | <u>64</u> | Transfer of Claim. (#9). Transfer Agreement 3001 (e) 2 Transferor: LVNV Funding LLC its successors and assigns as (Claim No. 9) To Portfolio Recovery Associates, LLC.. Filed by Creditor PRA Receivables Management LLC. (Garcia, Dolores) (Entered: 12/03/2010) |
| 12/08/2010 | <u>65</u> | BNC Certificate of Mailing (RE: related document(s) <u>62</u> Transfer of Claim). Service Date 12/08/2010. (Admin.) (Entered: 12/08/2010) |
| 12/08/2010 | <u>66</u> | BNC Certificate of Mailing (RE: related document(s) <u>63</u> Transfer of Claim). Service Date 12/08/2010. (Admin.) (Entered: 12/08/2010) |
| 12/08/2010 | <u>67</u> | BNC Certificate of Mailing (RE: related document(s) <u>64</u> Transfer of Claim). Service Date 12/08/2010. (Admin.) (Entered: 12/08/2010) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/23/2010 14:56:10 | | | |
| **PACER Login:** | tr0120 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 09-50298 Fil or Ent: filed To: 12/23/2010 Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html |

| Billable Pages: | 4 | Cost: | 0.32 |
|---|---|---|---|

1

## PROOF OF SERVICE (SERVICE BY MAIL)

2

3        I declare that:

4

5        I am employed in the County of Los Angeles, California.  I am over the age of eighteen years

6 and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena,

7 California.  I am readily familiar with this law firm's practice for collection and processing of

8 correspondence/documents for mail in the ordinary course of business.

9

10        On January 5, 2011, I served:

11        **PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE
        MANAGEMENT CONFERENCE DUE TO THE BANKRUPTCY OF THE
12       DEFENDNAT; AND ORDER (Proposed)**

13        On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage

14 prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

15

16        Luan Thien Le, Esquire                          Attorneys for Defendant
17        **LAW OFFICES OF LUAN T. LE**               Emeralda Bueno Mactal
        2021 The Alameda, Suite 310
18        San Jose, CA 95126

19

20        I declare under the penalty of perjury pursuant to the laws of the United States that the

21 foregoing is true and correct, and that this declaration was executed on January 5, 2011, at South

22 Pasadena, California.

23

24 Dated: January 5, 2011                    */s/ Maria Baird*
25                                           **MARIA BAIRD**
   ///
26
   ///
27
   ///
28
   ///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER
CONTINUING CASE MANAGEMENT CONFERENCE DUE
TO THE BANKRUPTCY OF THE DEFENDNAT; AND ORDER (Proposed)
CASE NO. 5:08-cv-00319-JF**