**E-Filed 3/28/2011**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> EMERALDA BUENO MACTAL, individually and dba LUMPIA & BBQ, <br><br> Defendant. | Case Number 5:08-cv-00319-JF <br><br> ORDER ADMINISTRATIVELY CLOSING ACTION IN LIGHT OF BANKRUPTCY STAY |

The instant case has been subject to an automatic bankruptcy stay for almost two years as a result of Defendant's bankruptcy. The Court hereby administratively closes the action without prejudice to an application to reopen the case in the event that the bankruptcy stay is lifted. The case management conference set for July 1, 2011 is VACATED.

IT IS SO ORDERED.

DATED: 3/28/2011

_____
JEREMY FOGEL
United States District Judge